Kevin Fallon McCarthy (#011017)
Jacob W. Hippensteel (#032713)
Michael D. Adams (#035190)
Michael.adams@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Randall Coplen,<br><br>        Plaintiff,<br><br>v.<br><br>Flagship Credit Acceptance, LLC and<br>Experian Information Solutions, Inc.,<br><br>        Defendants. | Case No.: 2:24-cv-03156-ROS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND FLAGSHIP CREDIT ACCEPTANCE, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendants Experian Information Solutions, Inc. and Flagship Credit Acceptance, LLC ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:  February 4, 2025

Notice of Settlement

1

*/s/ Michael D. Adams*
Michael D. Adams
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

2

3

4

5

6

7

**CERTIFICATE OF SERVICE**

8

I hereby certify that on February 4, 2025, I electronically transmitted the foregoing document

9

to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing

10

to all CM/ECF registrants of record in this matter.

11

12

*/s/ Michael D. Adams*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement